■ In the Matter of MOUNT ZION BAPTIZED HOLINESS CHURCH, INC., Appellant, v EDWIN S. CRANE et al., Constituting the Board of Zoning Appeals of the Incorporated Village of Hempstead, respondents.—In a proceeding pursuant to CPLR article 78 to review so much of a determination of the respondent board of zoning appeals as, after a hearing, denied petitioner's application for a variance of off-street parking requirements for premises it operates as a church, petitioner appeals from a judgment of the Supreme Court, Nassau County, entered January 11, 1977, which dismissed the petition. Judgment affirmed, without costs or disbursements, on the

opinion of Mr. Justice Altimari at Special Term. Cohalan, J. P., Damiani, Rabin and Titone, JJ., concur.